# MEMORANDUM DECISIONS.

John Capehart, as Administrator of the Estate of Mary Gillette, Deceased, John Capehart individually, and William H. Buford, Plaintiffs in Error, vs. W. H. Milton, as Administrator of the Estate of Peter Gillette, Deceased, Defendant in Error.

(Supreme Court of Florida, Division A, June 21, 1905.)

Writ of Error to Circuit Court, Jackson County; L. J. Reeves, Judge.

*D. L. McKinnon,* for Plaintiffs in Error.

*Benj. S. Liddon,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error. The judgment is affirmed.